IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| PATRICIA GEIGER and<br>MICHELLE HUNGET, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:14-cv-02378-CM-JPO |
| | ) | |
| SISTERS OF CHARITY OF<br>LEAVENWORTH HEALTH<br>SYSTEM, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE
## OF CRAIG SIMON, ESQ.

Pursuant to D. Kan. Rule 83.5.4., I move that Craig Simon, Esq. be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that, in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4.(a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address.  I have also verified that the information contained in the affidavit is true and accurate.

PAYNE & JONES, CHARTERED


By  *s/ Tyler Peters*
  Tyler Peters, KS #15002
  11000 King
  PO Box 25625
  Overland Park, Kansas  66210
  Telephone:  (913) 469-4100
  Facsimile:  (913) 469-8182
  tpeters@paynejones.com

ATTORNEYS FOR PLAINTIFFS


## Certificate of Service

I hereby certify that on September 2, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Curtis L. Tideman, Esq.
Carrie E. Josserand, Esq.
Jennifer M. Hannah, Esq.
Lathrop & Gage, LLP
10851 Mastin Blvd., Suite 1000
Overland Park, KS 66210
ctideman@lathropgage.com
cjosserand@lathropgage.com
jhannah@lathropgage.com

**Attorney for Defendants Prime Healthcare Services, Inc., Prime Healthcare Services – Saint John Leavenworth, LLC and Prime Healthcare Services – Providence, LLC**

2

PJ-854041-v1

Andrea M. Kimball, Esq.
Carly D. Duvall, Esq.
Dentons US, LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111
andrea.kimball@dentons.com
carly.duvall@dentons.com

**Attorneys for Defendants Sisters of Charity of
Leavenworth Health System, Inc., Sisters of
Charity of Leavenworth Health System Separation
Benefit Plan, and Plan Administrator of the Sisters of
Charity of Leavenworth Health System Separation
Benefit Plan**

*/s/ Tyler Peters*
An Attorney for Plaintiffs

PJ-854041-v1