IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Patricia Geiger and Michelle Hunget,          §
                                              §
      Plaintiffs,                             §
                                              §
                                              §
vs.                                           §
                                              §          Civil Action No. 2:14-cv-02378
                                              §
Sisters of Charity of Leavenworth Health      §
System, Inc., Sisters of Charity of           §
Leavenworth Health System Separation          §
Benefit Plan, Plan Administrator of the Sisters §
of Charity of Leavenworth Health System       §
Separation Benefit Plan, Prime HealthCare     §
Services, Inc., Prime Healthcare Services –    §
Saint John Leavenworth, LLC; and Prime        §
Healthcare Services – Providence, LLC,        §

      Defendants.

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR
## PRO HAC VICE OF CRAIG F. SIMON, ESQUIRE

Pursuant to D. Kan. Rule 83.5.4, I declare that the following facts are true, to the best of

my knowledge, information and belief:

1.      My full name is:  Craig F. Simon

2.      I practice under the following firm name or letterhead:

Name:  Simon, Ray & Winikka, LLP
Address:  2525 McKinnon Street, Suite 540
Telephone Number:  (469) 759-1701
Fax:  (469) 759-1699
Email address:  csimon@srwlawfirm.com

3.    I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| State of Texas | November 6, 1992 | 00784968 |
| USDC, N.D. Texas | November 24, 1992 | None |
| USDC, S.D. Texas | November 10, 1993 | Admission No. 16608 |
| USDC, E.D. Texas | October 5, 1993 | None |
| USDC, W.D. Texas | November 10, 1993 | None |
| 5th Circuit Court of Appeals | June 9, 1993 | None |
| USDC, Colorado | October 11, 2001 | None |

4.    I have reviewed D. Kan. Rule 83.5.4.  Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5.    I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6.    I am in good standing in all bars of which I am a member.

7.    No disciplinary or grievance proceedings have been previously filed against me.

8.    No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9.    I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10.    I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit.  I understand I will receive System-generated notices of electronic filing.

11.    I attest under penalty of perjury that the foregoing statements are true and accurate and I respectfully request that this Court grant the Motion to admit me *pro hac vice* to appear before the Court in the instant matter.

_____
Craig F. Simon, Esq., Applicant

STATE OF TEXAS          )
                        ) ss:
COUNTY OF DALLAS        )

BE IT REMEMBERED, that on this 28th day of August , 2014, before me, the undersigned, a Notary Public in and for the foregoing County and State, personally appeared Craig F. Simon, Esq., who is personally known to me to be the same person who executed the foregoing instrument in writing.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal on the day and year last above written.



JAMIE STAPLETON
MY COMMISSION EXPIRES
May 28, 2018

_____
Notary Public

My Commission Expires:

5/28/18

PJ-854035-v1