

# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
### Attorney Electronic Filing Registration Form

Name: CRAIG F SIMON

Office: SIMON, RAY & WINIKKA LLP

Address: 2525 McKINNON ST.

Address: SUITE 540

City: DALLAS    State: TX    Zip: 75201

Office Phone: 469-759-1701    Ext.: ___    Fax: 469-759-1699

---

Kansas Bar # (or other state Bar #): TX 00784968

Internet E-mail Address: CSIMON@SRWLAWFIRM.com

Last 4 Digits of Social Security Number: 9518

---

By registering, attorneys consent to electronic service of all documents.

By completing this form, attorneys certify that they are members in good standing of the bar of this court, are applying for or have been granted admission pro hac vice or are involved in an MDL action in a case currently pending before this court and that they have read and are familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov.

The electronic filing of a petition, pleading, motion, or other paper by an attorney who is a registered participant in the Electronic Filing System shall constitute the signature of that attorney under Federal Rule of Civil Procedure 11.

By registering, the undersigned agrees to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. Attorneys admitted pro hac vice may then retrieve documents electronically through PACER and will receive System-generated notices of electronic filings. However, the System will not allow the attorney to file documents electronically.

### LOGIN/PASSWORD INFORMATION
-Attorneys Admitted to the District of Kansas – your login/password will be mailed to you.
-Pro Hac Vice Attorneys – no login/password will be issued as local counsel is responsible for all electronic filing.
-MDL Attorneys – issuance of a login/password will be determined by the presiding judge in MDL actions in this court.

**ATTORNEYS ADMITTED TO THE DISTRICT OF KANSAS and MDL ATTORNEYS:**
Return this form *via hand delivery or U.S. mail* to:

Clerk, U.S. District Court
Electronic Filing Registration
259 U.S. Courthouse
500 State Avenue
Kansas City, Kansas 66101

OR fax completed form to:    913-735-2201

OR email completed form to:    ksd_attorney_registration@ksd.uscourts.gov
for pro hac vice admission)

**ATTORNEYS APPLYING FOR PRO HAC VICE ADMISSION**
Attach completed form to pro hac vice motion    (REQUIRED)

Date: 8/28/14

Applicant's Signature