IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Patricia Geiger and Michelle Hunget,<br><br>Plaintiffs,<br><br>vs.<br><br>Sisters of Charity of Leavenworth Health System, Inc., Sisters of Charity of Leavenworth Health System Separation Benefit Plan, Plan Administrator of the Sisters of Charity of Leavenworth Health System Separation Benefit Plan, Prime HealthCare Services, Inc., Prime Healthcare Services – Saint John Leavenworth, LLC; and Prime Healthcare Services – Providence, LLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:14-cv-2378 |

## PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS TO THE PLAINTIFFS

Plaintiffs filed this class action against Defendants pursuant to Federal Rule of Civil Procedure 23, alleging violations of the Employee Retirement Income Security Act ("ERISA") and Kansas state law. Plaintiffs, who were laid off from their jobs in early April 2013, alleged that they were deprived of separation benefits under the SCLHS Separation Benefit Plan and sought damages equal to such benefits in addition to compensatory damages, punitive damages, interest, attorney's fees, and costs. Plaintiffs sought to represent a class of all similarly situated individuals and, specifically, all employees who were employed by SCLHS as of March 31,

2013, who were eligible participants in the SCLHS Separation Benefit Plan as of that date, and who were notified between April 1, 2013 and April 15, 2013 that they would be laid off.

The Parties agreed to settle the lawsuit for a total amount of $550,000 (the "Total Settlement Amount"). The parties determined that the amount of the separation benefits that plaintiffs, as a class, would have received under the Benefit Plan had they been paid those benefits upon termination totaled $518,342.20. Thus, the Total Settlement Amount of $550,000 exceeds the actual separation benefits that the plaintiffs, as a class, would have received under the SCLHS Separation Benefit Plan ($518,342.20). The Total Settlement Amount of $550,000.00 covers the class members' pro rata awards, service payments to the named Plaintiffs, attorney's fees and costs and costs of the settlement administration.

As part of the Parties' settlement, the parties agreed that Plaintiffs' counsel would petition the Court for no more than 40% of the Total Settlement Amount as an award of Plaintiffs' attorneys' fees, plus reasonable litigation costs and expenses. In support of the instant motion and memorandum of law in support, Plaintiffs' are submitting concurrently herewith detailed Declarations of Matt Ray and Tyler Peters, which provide supporting facts. These facts and the legal principles addressed in the accompanying brief support Plaintiffs' request for an award 40% of the common fund of $550,000 (or $220,000.00) for attorneys' fees, the reimbursement of expenses, and the incentive payments to Plaintiffs.

For the reasons more fully set forth in the Memorandum of Law in support of this motion, which is filed concurrently herewith, Plaintiffs respectfully request that the Court approve an award of 40% of the common fund of $550,000 (or $220,000.00) for attorney's fees, the reimbursement of expenses as set forth herein, and the requested incentive payments of $7,500 each to Plaintiffs.

            PAYNE & JONES, CHARTERED


         By /s/   *Tyler Peters*
           Tyler Peters, KS #15002
           James J. Cramer, KS #13238
           11000 King
           P.O. Box 25625
           Overland Park, Kansas  66210
           Telephone:  (913) 469-4100
           Facsimile:  (913) 469-8182
           tpeters@paynejones.com
           jcramer@paynejones.com

           Matthew W. Ray (TX #00788248)
           (*Admitted Pro Hac Vice*)
           Craig Simon (TX #00784968)
           (*Admitted Pro Hac Vice*)
           SIMON, RAY & WINIKKA, L.L.P.
           500 North Akard St., Suite 2860
           Dallas, Texas 75201
           Telephone:  (214) 871-2292
           Facsimile:  (469) 759-1699
           mray@srwlawfirm.com
           csimon@srwlawfirm.com
           ATTORNEYS FOR PLAINTIFFS

## Certificate of Service

  I hereby certify that on December 2, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Curtis L. Tideman, Esq.
Carrie E. Josserand, Esq.
Jennifer M. Hannah, Esq.
Lathrop & Gage, LLP
10851 Mastin Blvd., Suite 1000
Overland Park, KS 66210
ctideman@lathropgage.com
cjosserand@lathropgage.com
jhannah@lathropgage.com
**Attorneys for Defendants Prime Healthcare Services, Inc., Prime Healthcare Services – Saint John Leavenworth, LLC and Prime Healthcare Services – Providence, LLC**

              3

Andrea M. Kimball, Esq.
Carly D. Duvall, Esq.
Dentons US, LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111
andrea.kimball@dentons.com
carly.duvall@dentons.com
**Attorneys for Defendants Sisters of Charity of Leavenworth Health System, Inc., Sisters of Charity of Leavenworth Health System Separation Benefit Plan, and Plan Administrator of the Sisters of Charity of Leavenworth Health System Separation Benefit Plan**

/s/ *Tyler Peters*
An Attorney for Plaintiffs

PJ-895069-v1